Miller v. Folmsbee, et al.

———o———

JOHN S. MILLER Defendant in Error, *vs.* WM. H. FOLMSBEE, *et al.*, Plaintiffs in Error.

| 59 143 |
| 31a 417 |

1. *Practice, Supreme Court—Failure to assign errors, etc.*—Where appellant neglects to file assignment of errors or statement and brief, appeal will be dismissed.

*Error to Davies Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

In this case the plaintiffs in error have neglected to file any assignment of errors, or statement and brief, as the law requires.

The writ will therefore be dismissed; the other judges concurring.